United States District Court
Southern District of Texas
**ENTERED**
June 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SUMEERA KODITHUWAKKU, SUCCESSOR IN INTEREST TO LAURA CASSEL, <br><br> Plaintiff, <br><br> v. <br><br> MIDFIRST BANK, <br><br> Defendant. | §§§§§§§§§§§ Civil Action No. 4:24-cv-2166 |

## ORDER OF DISMISSAL ON STIPULATION

The Parties in the above styled and numbered cause of action have filed a Joint Stipulation of Dismissal with prejudice as to Plaintiff's claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is Ordered that all claims herein and the entire cause asserted by Plaintiff against Defendant is dismissed with prejudice, with each party bearing costs as set forth by the terms of the Confidential Settlement Agreement and Release entered into by the Parties.

It is so ORDERED.

SIGNED this the _____ day of JUN 1 8 2024 ____, 2024.

_____
UNITED STATES DISTRICT JUDGE